UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re INYX USA, Ltd.**               )
                                        ) Case No._____07-10888_____
                                        )
           **Debtor(s)**                ) Adv. Proc. No.__09-51219-KG_____)
                                        )
                                        ) MEDIATOR'S CERTIFICATE OF COMPLETION
           **Plaintiff(s)**             )
                                        )
      v.                                )
                                        )
**Cadillac Uniform & Linen**            )
                                        )
           **Defendant(s)**             )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated **January 21, 2010**, the undersigned mediator reports that the mediation was completed on **November 24, 2011** and resolved in the following manner (*complete applicable provisions)*:

(a) The following individuals were present:

(1) Parties (name and capacity) – **Both parties were available by telephone.**

(2) Counsel (name and party representing) -

**Bruce Grohsgal, Esq. For the Trustee**

**Michael Joyce, Esq., for Cadillac Uniform and Linen**

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

_____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

___X___ The matter has not been resolved and should proceed to trial.

___X___ OTHER: The mediator encouraged the parties to continue their negotiations and offered to assist during December and early January but despite their efforts, the parties were unable to resolve their differences.

Dated: January 25, 2011

                          Signature of Mediator

                          William J. Woodward, Jr.
                          Name of Mediator
                          1719 N. Broad St.
                          Mailing Address
                          Philadelphila, PA 19122
                          City, State, Zip Code
                          215-204-8984
                          Phone No.

cc: Counsel of Record
     Pro Se Parties

(9-24-04)